# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Robert A.,

              Plaintiff,

v.

Leland Dudek,
*Acting Commissioner of Social Security*,

              Defendant.

---

Civ. No. 25-cv-1697 (DJF)

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYING FEES**

Having considered the Application to Proceed without Prepaying Fees under 28 U.S.C. § 1915 ("Application") (ECF. No. [2]),

      **IT IS ORDERED** that the Application is:

√     GRANTED

❑     DENIED WITHOUT PREJUDICE, for the following reasons:

Dated: April 25, 2025

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge